**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Devajay Rahiem Stevens, Appellant.

Appellate Case No. 2022-000902

---

Appeal From Barnwell County
Courtney Clyburn Pope, Circuit Court Judge

---

Unpublished Opinion No. 2024-UP-326
Submitted September 1, 2024 – Filed October 2, 2024

---

**APPEAL DISMISSED**

---

Appellate Defender Jessica M. Saxon, of Columbia, and
Devajay Rahiem Stevens, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Mark Reynolds
Farthing, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.